Jill J. Chasson (019424)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
T: (602) 381-5481
jchasson@cblawyers.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Rothman, | No. CV-23-01759-PHX-ESW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| The Vanguard Group, Inc. | |
| Defendant. | |

   Jill J. Chasson of Coppersmith Brockelman PLC hereby provides notice of her appearance as attorney of record for Defendant in this matter.

**COPPERSMITH BROCKELMAN PLC**

By s/ Jill J. Chasson
           Jill J. Chasson
*Attorneys for Defendant The Vanguard Group, Inc.*

{00503723.1 }