UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| Joseph Rothman, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:23-cv-01759-GMS |
| v. | ) | |
| | ) | Phoenix, Arizona |
| Vanguard Group Incorporated, | ) | November 9, 2023 |
| | ) | 1:41 p.m. |
| Defendant. | ) | |

**BEFORE:   THE HONORABLE G. MURRAY SNOW, CHIEF JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**TELEPHONIC CONFERENCE**

Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251


Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

UNITED STATES DISTRICT COURT

```
 1                    A P P E A R A N C E S

 2

 3  ON BEHALF OF PLAINTIFF:

 4      WEIR GREENBLATT PIERCE, LLP
        BY:  Patricia V. Pierce, Esq.
 5           Michael P. Broadhurst, Esq.
        1339 Chestnut Street
 6      Suite 500
        Philadelphia, Pennsylvania 19107
 7

 8  ON BEHALF OF DEFENDANT:

 9      MORGAN LEWIS & BOCKIUS, LLP
        BY:  Sarah E. Bouchard, Esq.
10      2222 Market Street
        Philadelphia, Pennsylvania  19103
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      P R O C E E D I N G S
 2   (Proceedings begin at 1:41 p.m.)
 3              COURTROOM CLERK:  This is CV23-1759, Rothman v.
 4   Vanguard Group on for scheduling conference.
 5              Counsel, please announce your appearances.
 6              MS. PIERCE:  Patricia Pierce on behalf of the
 7   plaintiff, Joseph Rothman.
 8              MS. BOUCHARD:  Sarah Bouchard on behalf of Vanguard.
 9              MR. BROADHURST:  Michael Broadhurst on behalf of
10   plaintiff as well.
11              THE COURT:  All right.  Well, good afternoon to the
12   parties.  Glad we finally got connected.  I would repeat to
13   remind you of the advisements that you've just received from
14   the courtroom deputy.
15              I have reviewed the schedules of dates -- or the
16   proposed scheduled dates for trial in terms of the completion
17   of fact discovery, expert disclosures and deposition
18   deadlines, dispositive motions deadlines, and I have no
19   problem with their reasonableness.
20              Is there anything about the schedule that either
21   party wishes to raise with the Court?
22              MS. PIERCE:  Your Honor, this is Patricia Pierce
23   again on behalf of the plaintiff.  The parties have reached a
24   settlement of this matter and are only now just exchanging
25   drafts.
```

```
 1              THE COURT:  All right.  So do you want 30 days in
 2   which to complete the settlement?
 3              MS. PIERCE:  That -- that's fine, Your Honor.
 4              THE COURT:  Okay.  So we will postpone this hearing
 5   for 30 days, and then if in the meantime you give me a
 6   stipulation for dismissal we won't need to worry about it.
 7              MS. PIERCE:  Very good, Your Honor, much
 8   appreciated.
 9              THE COURT:  All right, thank you all.
10              Have a nice weekend.
11              MS. BOUCHARD:  Thank you.
12              MS. PIERCE:  And you as well.
13   (Whereupon the proceedings adjourned at 1:43 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

*REPORTER'S CERTIFICATION*

I, TERI VERES, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 16th of November, 2023.

                                              s/Teri Veres
                                      TERI VERES, RMR, CRR